**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN DANIEL MENDOZA PAREDAS, *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>GARDA CL WEST, INC.,<br><br>Defendant. | Case No. 1:25-cv-00781-EPG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE RULE 26 DEADLINES AND SCHEDULING CONFERENCE**<br><br>(ECF No. 14) |

Plaintiff Ivan Daniel Mendoza Paredas ("Plaintiff") and Defendant Garda CL West, Inc. ("Garda" and together with Plaintiff, the "Parties"), by and through their counsel of record, hereby enter into the following stipulation and mutually request that the Court enter the attached order in accordance therewith.

WHEREAS, on May 19, 2025, Plaintiff filed this Class action in the Superior Court of California for the County of Fresno;

WHEREAS, on June 27, 2025, Garda removed this action to this Court (ECF No. 10);

WHEREAS, on August 13, 2025, the Parties participated in a Rule 26(f) conference;

WHEREAS, the current deadline for the Parties to make initial disclosures pursuant to Rule 26 is August 27, 2025, absent a stipulation or Court order setting a different deadline;

WHEREAS, the current deadline for the Parties to file their Rule 26(f) Report is August 28, 2025;

WHEREAS, the Court has calendared a scheduling conference for September 4 at 11 A.M.;

WHEREAS, the Parties have met and conferred regarding a Class and Private Attorney General Act ("PAGA") Settlement in a parallel matter entitled *Murcia v. Garda CL West, Inc.*, Case No. 24STCV19275, pending in the Superior Court of California for the County of Los Angeles, which is currently scheduled for a preliminary approval hearing on September 4, 2025;

WHEREAS, Garda contends that the settlement in the *Murcia* matter will preclude Plaintiff's claims in this case and has requested that Plaintiff stipulate to stay this matter pending the *Murcia* settlement approval process;

WHEREAS, the Parties have agreed, subject to the Court's approval, to continue their deadline to make initial disclosures until 14 days after the scheduling conference, and to continue that conference by approximately 30 days, so that the Parties can advise the Court as to the status of the *Murcia* Settlement and their respective positions regarding its impact on the underlying action;

WHEREAS, the Parties agree that good cause exists to continue the deadlines while the *Murcia* Settlement is pending approval to conserve judicial and party resources.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to Court approval, as follows**:**

1.     The Parties' deadline to file the Rule 26(f) Report shall be continued to September 27,

2025.

2. The scheduling conference current calendared for September 4, 2025 shall be continued by thirty (30) days to October 6, 2025, or a date thereafter convenient for the Court.

3. The Parties' deadline to make initial disclosures shall be continued until 14 days after the scheduling conference.

Dated: August 28, 2025					SCHNEIDER WALLACE
							COTTRELL KIM LLP

						By: */s/Phillippe M. Gaudard*   (as authorized on 8/28/2025)
							Phillippe M. Gaudard
							Carolyn H. Cottrell
							Ori Edelstein

							Attorneys for Plaintiff

Dated: August 28, 2025					MUNGER, TOLLES & OLSON LLP

						By:   */s/ Joseph D. Lee*
							Joseph D. Lee

							Attorneys for Defendant

**ORDER**

Upon consideration of the Parties' stipulation (ECF No. 14), IT IS ORDERED as follows:

1. The Parties' deadline to file their joint scheduling report is continued to September 29, 2025[1].

2. The September 4, 2025, scheduling conference is continued to October 6, 2025, at 10 a.m. To connect to the telephonic conference, the parties shall (1) dial 1-669-254-5252, (2) enter 161 733 0675 for the meeting ID followed by #, (3) enter # when asked for the participant ID, (4) enter 740484 for the meeting passcode followed #, and (5) enter *6 to unmute.

3. The Parties' deadline to make initial disclosures is continued until 14 days after the scheduling conference.

IT IS SO ORDERED.

Dated:    **August 29, 2025**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' requested date, September 27, 2025, is a Saturday, so the Court has extended the date.