MALCOLM A. HEINICKE (State Bar No. 194174)
malcolm.heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

JOSEPH D. LEE (State Bar No. 110840)
joseph.lee@mto.com
ANDREW J. DELAPLANE (State Bar No. 329825)
Andrew.Delaplane@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant Garda CL West, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IVAN DANIEL MENDOZA PAREDAS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>GARDA CL WEST, INC. doing business as GARDA WORLD,<br><br>        Defendant. | Case No. 1:25-cv-00781-EPG<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date:          December 5, 2025<br>Time:          10:00 A.M.<br>Courtroom:   10<br>Floor:         6<br><br>Judge:         Hon. Erica P. Grosjean<br><br>[Filed concurrently with Defendant's Notice of Motion and Motion to Stay; Memorandum of Points and Authorities In Support of Motion to Stay; [Proposed] Order] |

55651565.2

REQUEST FOR JUDICIAL NOTICE

## I.      **<u>INTRODUCTION</u>**

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Garda CL West, Inc. ("Garda" or "Defendant"), by and through its attorneys of record, respectfully requests that the Court take judicial notice of the following documents submitted in support of Defendant's Motion to Stay filed herewith:

1.    Attached hereto as **Exhibit A** is a true and correct copy of the class action complaint publicly filed by Plaintiff Ernest Murcia in *Ernest Murcia v. Garda CL West, Inc. et al.* in Los Angeles Superior Court, Case No. 24STCV19275, on August 1, 2024.

2.    Attached hereto as **Exhibit B** is a true and correct copy of the first amended class action complaint and Exhibit 1 to the first amended class action complaint publicly filed by Plaintiff Murcia in *Ernest Murcia v. Garda CL West, Inc. et al.* in Los Angeles Superior Court, Case No. 24STCV19275, on February 18, 2025.

3.    Attached hereto as **Exhibit C** is a true and correct copy of the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Approval of Class Settlement publicly filed by Plaintiff Murcia in *Ernest Murcia v. Garda CL West, Inc. et al.* in Los Angeles Superior Court, Case No. 24STCV19275, on July 19, 2025.

4.    Attached hereto as **Exhibit D** is a true and correct copy of the Stipulation Re: Settlement of Class and Representative Action, which was attached as Exhibit 1 to the Supplemental Declaration of Omid Nosrati, Esq. in Support of Plaintiff's Motion for Preliminary Approval and publicly filed by Plaintiff Murcia in *Ernest Murcia v. Garda CL West, Inc. et al.* in Los Angeles Superior Court. Case No. 24STCV19275, on September 2, 2025.

5.    Attached hereto as **Exhibit E** is a true and correct copy of the complaint for penalties pursuant to sections 2699(a) and (f) of the California Labor Code Private Attorneys General Act publicly filed by Plaintiff Ivan Daniel

REQUEST FOR JUDICIAL NOTICE

Mendoza Paredas in *Ivan Daniel Mendoza Paredas v. Garda CL West, Inc. et al.* in Alameda Superior Court, Case No. 25CV126189, on June 10, 2025.

6. Attached hereto as **Exhibit F** is a true and correct copy of the Notice of Related Case publicly filed by Plaintiff Ivan Daniel Mendoza in *Ivan Daniel Mendoza Paredas v. Garda CL West, Inc. et al.* in Alameda Superior Court, Case No. 25CV126189, on July 31, 2025.

7. Attached hereto as **Exhibit G** is a true and correct copy of the Answer and General Denial to Plaintiff's Representative Action Complaint publicly filed by Defendant Garda CL West, Inc. in *Ivan Daniel Mendoza Paredas v. Garda CL West, Inc. et al.* in Alameda Superior Court, Case No. 25CV126189, on August 1, 2025.

8. Attached hereto as **Exhibit H** is a true and correct copy of the Notice of Related Case publicly filed by Defendant Garda CL West, Inc. in *Ivan Daniel Mendoza Paredas v. Garda CL West, Inc. et al.* in Alameda Superior Court, Case No. 25CV126189, on August 6, 2025.

9. Attached hereto as **Exhibit I** is a true and correct copy of the Memorandum of Points and Authorities in Support of Paredas' Petition for Leave to Intervene publicly filed by Proposed Intervenor Ivan Daniel Mendoza Paredas in *Ernest Murcia v. Garda CL West, Inc. et al.* in Los Angeles Superior Court, Case No. 24STCV19275, on August 11, 2025.

10. Attached hereto as **Exhibit J** is a true and correct copy of the Memorandum of Points and Authorities in Support of Intervenor Ivan Daniel Paredas' Opposition to Plaintiff Murcia's Motion for Preliminary Approval of the Settlement publicly filed by Proposed Intervenor Ivan Daniel Mendoza Paredas in *Ernest Murcia v. Garda CL West, Inc. et al.* in Los Angeles Superior Court, Case No. 24STCV19275, on August 11, 2025.

11. Attached hereto as **Exhibit K** is a true and correct copy of Garda CL West, Inc.'s Memorandum of Points and Authorities in Opposition to Ivan Daniel

-2-

REQUEST FOR JUDICIAL NOTICE

Medoza Paredas' Petition for Leave to Intervene, which was publicly filed by Defendant Garda CL West, Inc. in *Ernest Murcia v. Garda CL West, Inc. et al.* in Los Angeles Superior Court, Case No. 24STCV19275, on August 15, 2025.

12. Attached hereto as **Exhibit L** is a true and correct copy of the Declaration of Andrew Delaplane in Support of Garda CL West, Inc.'s Opposition to Paredas' Petition for Leave to Intervene, which was publicly filed by Defendant Garda CL West, Inc. in *Ernest Murcia v. Garda CL West, Inc. et al.* in Los Angeles Superior Court, Case No. 24STCV19275, on August 15, 2025.

13. Attached hereto as **Exhibit M** is a true and correct copy of the August 25, 2025 Court's Ruling and Order Re: Ivan Daniel Mendoza Paredas's Petition for Leave to Intervene, issued by Judge Timothy Patrick Dillon of the Los Angeles Superior Court in *Ernest Murcia v. Garda CL West, Inc. et al.*, Case No. 24STCV19275.

14. Attached hereto as **Exhibit N** is a true and correct copy of the September 4, 2025 Court Order Granting Preliminary Approval of Class and Representative Settlement, issued by Judge Timothy Patrick Dillon of the Los Angeles Superior Court in *Ernest Murcia v. Garda CL West, Inc. et al.*, Case No. 24STCV19275.

15. Attached hereto as **Exhibit O** is a true and correct copy of the September 4, 2025 Minute Court Order issued by Judge Timothy Patrick Dillon of the Los Angeles Superior Court in *Ernest Murcia v. Garda CL West, Inc. et al.*, Case No. 24STCV19275.

16. Attached hereto as **Exhibit P** is a true and correct copy of the Joint Case Management Statement publicly filed by Plaintiff Ivan Daniel Mendoza Paredas and Defendant Garda CL West, Inc. on September 25, 2025, in *Ivan*

-3-

*Daniel Mendoza Paredas v. Garda CL West, Inc. et al.* in Alameda Superior Court, Case No. 25CV126189.

## II.   ARGUMENT

The Court may judicially notice a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2).  "The court…must take judicial notice if a party requests it and the court is supplied with the necessary information."  Fed. R. Evid. 201(c).

Exhibits A-P are all documents publicly filed or available in either Los Angeles or Alameda Superior Courts.  Courts regularly take judicial notice of court filings or pleadings.  *See, e.g.*, *Pac. Bell Tel. Co. v. City of Hawthorne*, 188 F. Supp. 2d 1169, 1172 (C.D. Cal. 2001); *Sierra Tel. Co., Inc. v. Reynolds*, 703 F. Supp. 3d 1163, 1174 (E.D. Cal. 2023) ("Court records are properly subject to judicial notice"); *Silicon Valley Bank v. New Hampshire Ins. Co.*, 203 F. Supp. 2d 1152, 1155 (C.D. Cal. 2002) (granting judicial notice of pleadings filed by defendants in another similar matter and by non-parties in cases relating to similar policies); *Yuen v. U.S. Stock Transfer Co.*, 966 F. Supp. 944, 945 n.1 (C.D. Cal. 1997) (the Court may take judicial notice of pleadings and orders publicly filed in courts of other jurisdictions).

Garda respectfully requests the Court take judicial notice of Exhibits A–P submitted in support of Garda's motion to stay.

REQUEST FOR JUDICIAL NOTICE

DATED:  October 24, 2025                MUNGER, TOLLES & OLSON LLP

By: _____

ANDREW J. DELAPLANE
Attorneys for Defendant Garda CL West, Inc.

REQUEST FOR JUDICIAL NOTICE