**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN DANIEL MENDOZA PAREDAS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GARDA CL WEST, INC. doing business as GARDA WORLD,<br><br>Defendant. | Case No.: 1:25-cv-00781-EPG<br><br>U.S. Magistrate Judge Erica P. Grosjean<br>Courtroom 10, 6th Floor<br><br>**JOINT STIPULATION AND ORDER RE: TOLLING**<br><br>(ECF No. 30)<br><br>Action Removed:          June 27, 2025<br>Trial Date:                 None Yet Set |

JOINT STIPULATION

Plaintiff Ivan Daniel Mendoza Paredas ("Plaintiff") and Defendant Garda CL West, Inc. ("Defendant" and, together with Plaintiff, the "Parties"), by and through their counsel of record, jointly stipulate to toll the statute of limitations for Plaintiff's collective claims under the Fair Labor Standards Act ("FLSA").

WHEREAS, on May 19, 2025, Plaintiff filed this putative class and collective action in the Superior Court of California for the County of Fresno.

WHEREAS, Plaintiff's complaint asserts claims on behalf of a putative California-only collective defined as: "All current and former hourly non-exempt workers employed by Defendant in California who worked the opening shift any time starting three years prior to the filing of this Complaint until resolution of this action (the 'Collective')."  (Compl. ¶ 53).

WHEREAS, on June 27, 2025, Defendant removed this action to this Court.  (ECF No. 10).

WHEREAS, on October 24, 2025, Defendant filed a motion to stay this action in light of a class and representative settlement, pending approval in the Los Angeles Superior Court case, *Ernest Murcia v. Garda CL West, Inc.*, No. 24STCV19275 (Murcia). (ECF No. 21).

WHEREAS, on December 23, 2025, the Court granted Defendant's motion to stay and, notably, directed the Parties to meet and confer, and by no later than January 12, 2026, Plaintiff may submit a motion, or stipulation, requesting tolling of the FLSA statute of limitations for Plaintiff's claims. (ECF No. 27).

WHEREAS, on January 12, 2026, the Parties filed a joint stipulation to continue the deadline for Plaintiff to submit a motion, or stipulation, requesting tolling of the FLSA statute of limitations for Plaintiff's claims by eight days. (ECF No. 28).

WHEREAS, on January 13, 2026, the Court agreed to continue the deadline for Plaintiff to submit a motion, or stipulation, requesting tolling of the FLSA statute of limitations for Plaintiff's claims to January 20, 2026. (ECF No. 29).

WHEREAS, the Parties have met and conferred and now agree to toll the statute of limitations for Plaintiff's FLSA claim alleged on behalf of the Collective, as defined in the complaint, from December 23, 2025 until the motion for final approval in the *Murcia* action is adjudicated or May 5, 2026, whichever is sooner.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to Court approval, as follows:

1.      Plaintiff's FLSA claim alleged on behalf of the Collective (as defined in the complaint) is tolled from December 23, 2025 until the motion for final approval in the *Murcia* action is adjudicated or May 5, 2026, whichever is sooner.

Dated: January 20, 2026            **SCHNEIDER WALLACE**
                                   **COTTRELL KIM LLP**

                          By:    /s/ *Philippe M.J. Gaudard*
                                 Carolyn H. Cottrell
                                 Ori Edelstein
                                 Phillippe M.J. Gaudard

                                 *Attorneys for Plaintiff*

Dated: January 20, 2026            **MUNGER, TOLLES & OLSON LLP**

                          By:    /s/ *Andrew J. Delaplane*
                                 Joseph D. Lee
                                 Andrew J. Delaplane

                                 *Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation (ECF No. 30), IT IS ORDERED that Plaintiff's FLSA claim alleged on behalf of the Collective (as defined in the complaint) is tolled from December 23, 2025 until the motion for final approval in the *Murcia* action is adjudicated or May 5, 2026, whichever is sooner.

IT IS SO ORDERED.

Dated:   **January 21, 2026**                    /s/ Erica P. Grosjean

                                                    UNITED STATES MAGISTRATE JUDGE