UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IVAN DANIEL MENDOZA PAREDAS on behalf of himself and all others similarly situated,

Plaintiff,

v.

GARDA CL WEST, INC., doing business as Garda World,

Defendant.

Case No. 1:25-cv-00781-EPG

ORDER REGARDING STIPULATION OF DISMISSAL

(ECF No. 44)

On August 14, 2026, the parties filed a joint stipulation dismissing this action with prejudice as to Plaintiff Ivan Daniel Mendoza Paredas' ("Plaintiff") individual claims and without prejudice as to the putative class members and putative collective members, with each party to bear their own attorney fees and costs. (ECF No. 44). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of putative class members and putative collective members, and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 17, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE